UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEDEX GROUND PACKAGE SYSTEM,
INC., EMPLOYMENT PRACTICES LITIGATION
(NO. II)                                             MDL No. 1700

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of Indiana.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of Indiana with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 07, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: FEDEX GROUND PACKAGE SYSTEM,
INC., EMPLOYMENT PRACTICES LITIGATION
(NO. II)  MDL No. 1700

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| INN | 3 | 07−00191 | ALN | 5 | 07−00392 | Bruce Edwin Gentle, et al. v. FedEx Ground Package System, Inc., et al. Opposed 3/7/11 |
| INN | 3 | 06−00209 | ARE | 4 | 06−00175 | David Harris v. FedEx Ground Package System, Inc. Opposed 3/7/11 |
| INN | 3 | 08−00052 | CAC | 2 | 07−08123 | Ricardo Huerta v. FedEx Ground, et al. Opposed 3/7/11 |
| INN | 3 | 05−00528 | CAN | 3 | 05−00038 | Dean Alexander, et al. v. FedEx Ground Package System, Inc., et al. Opposed 3/7/11 |
| INN | 3 | 06−00429 | CAN | 5 | 06−02393 | Jeremiah Pedrazzi v. FedEx Corp., et al. Opposed 3/7/11 |
| INN | 3 | 05−00664 | FLM | 8 | 05−01380 | Donald E. Carlson, et al. v. FedEx Ground Package Systems, Inc. Opposed 3/7/11 |
| INN | 3 | 09−00356 | FLS | 9 | 09−80729 | Scott Ward, et al. v. FedEx Ground Package System, Inc. Opposed 3/7/11 |
| INN | 3 | 05−00652 | IAS | 4 | 05−00477 | Tim Johnson v. FedEx Ground System, Inc., et al. |
| INN | 3 | 05−00666 | KYW | 3 | 05−00522 | Charlie Bertram, et al. v. Federal Express Corp., et al. Opposed 3/7/11 |
| INN | 3 | 07−00325 | MA | 1 | 07−10876 | Genaro Vargas v. FedEx Ground Package System, Inc., et al. |
| INN | 3 | 05−00534 | NH | 1 | 05−00145 | Robert Gennell, Jr., et al. v. FedEx Corp., et al. Opposed 3/7/11 |
| INN | 3 | 07−00327 | NJ | 1 | 07−02574 | Richard Farrell v. FedEx Ground Package System, Inc. |
| INN | 3 | 09−00002 | NJ | 1 | 08−03914 | Michael Tofaute v. FedEx Ground Package Systems, Inc. |
| INN | 3 | 05−00535 | NJ | 2 | 02−05352 | Jessie Capers, et al. v. FedEx Ground, et al. |
| INN | 3 | 07−00120 | NV | 2 | 07−00098 | Michael Decesare, et al. v. FedEx Ground Package System, Inc. |
| INN | 3 | 08−00520 | NV | 3 | 08−00234 | Rob Campbell v. FedEx Ground Package Systems, Inc. |
| INN | 3 | 05−00537 | NYE | 1 | 04−04935 | Curtis Johnson, et al. v. FedEx Home Delivery, et al. |
| INN | 3 | 06−00801 | OHN | 1 | 06−01632 | Walter Wallace v. FedEx Ground Package System, Inc., et al. Opposed 3/7/11 |
| INN | 3 | 05−00596 | OR | 3 | 05−01127 | Edward Slayman v. FedEx Ground Package System, Inc. Opposed 3/7/11 |
| INN | 3 | 07−00328 | OR | 3 | 07−00818 | Jon Leighter, et al. v. FedEx Ground Package System, Inc. Opposed 3/7/11 |
| INN | 3 | 09−00003 | PAE | 2 | 08−05414 | David Mitchell v. FedEx Ground Package Systems, Inc. |
| INN | 3 | 06−00802 | TXE | 2 | 06−00263 | |

James Larry Price v. FedEx Ground Package System, Inc., et al.