FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 5 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL DECESARE, MICHAEL MENO, MICHAEL KING, ROBERT GIBSON, IV, JAMES B. TALLEY, LELAND AKMAL, BENJAMIN FERRELL, MICHAEL ODEN, BRAD SMITH, JOSE COBOS, RUBEN PANGILINAN, WILLIAM MARSELLOS, RICKY BATTS, and MARLON CANAS,

Plaintiffs,

vs.

FEDEX GROUND PACKAGE SYSTEM, INC., and DOES I-XX,

Defendants.

Cause No. 2:07-cv-00098-LDG-GWF

**ORDER AND JUDGMENT GRANTING FINAL APPROVAL TO CLASS ACTION SETTLEMENT AND PAYMENT OF ATTORNEYS' FEES AND INCENTIVE AWARDS**

This matter came before the Court for hearing on May 5, 2014, to consider final approval of the proposed Settlement reached by and between Plaintiffs Michael DeCesare and Michael Meno, on behalf of themselves and the Certified Class, and Defendant FedEx Ground Package System, Inc. ("FXG" or "FedEx Ground") (collectively, "the Parties"), the terms of which Settlement are set forth in the Class Action Settlement Agreement (the "Settlement Agreement") attached as Exhibit C the Joint Declaration of Beth A. Ross and Mathew M. Houston In Support of the Settlement and Payment of Attorneys' Fees and Expenses. This Court has reviewed and considered all documents, evidence, and the arguments presented in support of or against the Settlement. Whereas there are no objections raised to final settlement and good cause appearing therefore, this Court hereby grants final approval of the Settlement and enters this Judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Unless otherwise stated herein, all capitalized terms contained in this Order and Judgment shall have the same meaning and effect as stated in the Settlement Agreement (in addition to any capitalized terms defined herein).

2. This Court hereby approves the Settlement and finds that the Settlement is, in all respects, fair, reasonable, and adequate and hereby directs the Parties to perform, or cause to be performed, the remaining terms of the Settlement as set forth in the Settlement Agreement. The Court authorizes the payment by FedEx Ground, through the Settlement Administrator, of Valid Claims, including late claims received by the Settlement Administrator no later than May 5, 2014, and approved by the Settlement Administrator, in accordance with the terms of the Settlement Agreement.

3. This Court hereby dismisses with prejudice this action, specifically including the Released Claims, with each party to bear its own costs and attorneys' fees, except as provided in Paragraph 9 below.

4. Upon the entry of this Final Approval Order, Plaintiffs and all Class Members (as identified in Exhibit A hereto) shall be deemed to have fully, finally, and forever released, relinquished, and discharged all Released Claims against all Releasees. As set forth in the Settlement Agreement (Section I.P), the "Released Claims," as to Plaintiffs and all Class Members, means all claims, actions, causes of action, administrative claims, demands, debts, damages, penalties, costs, interest, attorneys' fees, obligations, judgments, expenses, or liabilities, in law or in equity, whether now known or unknown, contingent or absolute, which: (i) are owned or held by Plaintiffs and Class Members and/or by their affiliated business entities (if any), or any of them, as against Releasees, or any of them; and (ii) arise under or are related to N.R.S. Chapter 616 or are in any way related to FXG's classification of Plaintiffs and Class Members for workers compensation purposes; and (iii) pertain to any time prior to July 28, 2009. The "Released Claims" shall include, without limitation, any and all attempts to recover premiums paid (through settlement deduction or otherwise) for workers' compensation or work accident insurance, and/or damages for unpaid workers compensation benefits, for any time prior to July 28, 2009.

5. Upon the entry of this Final Approval Order, Plaintiffs and all Class Members (as identified in Exhibit A hereto) are barred and enjoined from asserting, filing, maintaining, or prosecuting, or in any way participating in the assertion, filing, maintenance or prosecution, of any action asserting any Released Claim against any of the Releasees, as set forth in and in accordance with the terms of the Settlement Agreement. Nothing herein shall in any way impair or restrict the right of the Parties to enforce the terms of the Settlement.

6. This Court finds that the administration of the Settlement Notice and the Summary Notice was performed in accordance with the Preliminary Approval Order entered by this Court on January 10, 2014, and that such notice was reasonable, constituted the most practicable

notice under the circumstances, and complied with the requirements of the Federal Rules of Civil Procedure and due process.

7. This Court finds that the administration of the notice required by the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, was performed in accordance with the Preliminary Approval Order entered by this Court on January 10, 2014 and with the requirements of CAFA.

8. All objections made to the Settlement, if any, are hereby overruled.

9. This Court hereby approves the attorneys' fees and expenses requested by Class Counsel in the amount of $1,107,502.10 and directs payment from the Class Settlement Fund of that amount to Class Counsel, in accordance with the terms of the Settlement Agreement.

10. The Court hereby approves the Incentive Awards of $5,000 to Plaintiffs Michael DeCesare and Michael Meno and directs payment of that amount from the Class Settlement Fund to each of them, in accordance with the terms of the Settlement Agreement.

11. Neither the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Settlement, is or may be deemed to be or may be used as: (a) an admission of, or evidence of, the validity of any Released Claim or any wrongdoing or liability of any Releasee; (b) an admission or concession by Plaintiffs or any Class Member of any infirmity in the claims asserted in any complaint or amended complaint filed in this action; (c) an admission of, or evidence of, any fault or omission of any of the Releasees in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal.

12. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) the implementation of the Settlement; and (b) the Parties and their counsel, and the Settlement Administrator, for the sole purpose of construing, enforcing, and administering the Settlement and this Order and Judgment.

13. There is no reason for delay in the entry of this Judgment. The Clerk of this Court is hereby directed to immediately enter this Judgment.

SO ORDERED, this the 5 day of MAY, 2014.

Honorable Lloyd D. George
United States District Judge

# EXHIBIT A

Initial Class List

| No. | NAME | ROUTE ID | RUST ID | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 1 | EFRAIN JOSE MERCADO | 1 | 0000001953 | 3958 PARKERS FRY | FORT MILL | SC | 29715 |
| 2 | HARRY J HAUER | 1 | 0000001274 | 14102 GREATER PINES BLVD | CLERMONT | FL | 34711 |
| | | 2 | 0000001281 | 14102 GREATER PINES BLVD | CLERMONT | FL | 34711 |
| | | 3 | 0000001298 | 14102 GREATER PINES BLVD | CLERMONT | FL | 34711 |
| 3 | DANIEL MARK SCHULTE | 1 | 0000002639 | 1903 HAYNES AVE NE | HUNTSVILLE | AL | 35811 |
| 4 | ROBIN ARMSTRONG | 1 | 0000000079 | 6734 CLAYTON AVE APT 8 | SAINT LOUIS | MO | 63139 |
| 5 | BOB KEELING | 1 | 0000001601 | 105 SALVATIERRA WAY | HOT SPRINGS VILLAGE | AR | 71909 |
| | | 2 | 0000001618 | 105 SALVATIERRA WAY | HOT SPRINGS VILLAGE | AR | 71909 |
| 6 | SCOTT A NEVINS | 1 | 0000002158 | 115 S SALLY LN | DEWEY | OK | 74029 |
| | | 2 | 0000002165 | 115 S SALLY LN | DEWEY | OK | 74029 |
| | | 3 | 0000002172 | 115 S SALLY LN | DEWEY | OK | 74029 |
| 7 | HAL GOLD | 1 | 0000001106 | 425 N PARK ST | SEMINOLE | OK | 74868 |
| | | 2 | 0000001113 | 425 N PARK ST | SEMINOLE | OK | 74868 |
| 8 | THOMAS HASH | 1 | 0000001267 | 3501 WILLOWOOD DR | GARLAND | TX | 75040 |
| 9 | TERRENCE HINOTE | 1 | 0000001472 | 1345 STATE HIGHWAY 78 N | FARMERSVILLE | TX | 75442 |
| 10 | ROBERT A GEORGE | 1 | 0000001083 | 23325 BOISE RIVER RD | CALDWELL | ID | 83607 |
| 11 | DAVID BENNION | 1 | 0000000178 | 679 E 1250 S | KAYSVILLE | UT | 84037 |
| 12 | WILLIAM III LINCOLN | 1 | 0000001731 | PO BOX 349 | BLUFF | UT | 84512 |
| | | 2 | 0000001748 | PO BOX 349 | BLUFF | UT | 84512 |
| 13 | RYAN LEAVITT | 1 | 0000001700 | 2133 W SUNSET POINTE DR | CEDAR CITY | UT | 84720 |
| 14 | STEVEN P CHASAR | 1 | 0000000581 | 2702 E UNIVERSITY DR STE 103 | MESA | AZ | 85213 |
| 15 | LIDIA CZEREPAK | 1 | 0000000673 | 5621 E SWEETWATER AVE | SCOTTSDALE | AZ | 85254 |
| | | 2 | 0000000680 | 5621 E SWEETWATER AVE | SCOTTSDALE | AZ | 85254 |
| 16 | RAUL MENDEZ | 1 | 0000001892 | 17947 W CARMEN DR | SURPRISE | AZ | 85388 |
| 17 | MICHAEL WESTON | 1 | 0000003032 | 959 PASO DR | LAKE HAVASU CITY | AZ | 86406 |
| 18 | ROBERT HERMAN SHINN | 1 | 0000002677 | 6116 MOSSMAN PL NE | ALBUQUERQUE | NM | 87110 |
| 19 | RONALD EDWARD HARTMAN | 1 | 0000001250 | 1055 MARAPI ST NW | ALBUQUERQUE | NM | 87120 |
| 20 | DANIEL FERRANDO | 1 | 0000000956 | 25 BLUE VALLEY DR | HENDERSON | NV | 89002 |
| | | 2 | 0000000963 | 25 BLUE VALLEY DR | HENDERSON | NV | 89002 |
| 21 | ALBERT GOMEZ | 1 | 0000001120 | 1082 SAPPHIRE SKY CT | HENDERSON | NV | 89002 |
| 22 | MARC S SCHIFF | 1 | 0000002608 | 951 SADDLE HORN DR | HENDERSON | NV | 89002 |
| | | 2 | 0000002615 | 951 SADDLE HORN DR | HENDERSON | NV | 89002 |
| | | 3 | 0000002622 | 951 SADDLE HORN DR | HENDERSON | NV | 89002 |

Initial Class List

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 MICHELLE DIESBURG | 1 | 0000000802 | PO BOX 61053 | BOULDER CITY | NV | 89006 |
| 24 PAUL ERNEST FERRANDO | 1 | 0000000970 | PO BOX 91352 | HENDERSON | NV | 89009 |
| | 2 | 0000000987 | PO BOX 91352 | HENDERSON | NV | 89009 |
| | 3 | 0000000994 | PO BOX 91352 | HENDERSON | NV | 89009 |
| | 4 | 0000001007 | PO BOX 91352 | HENDERSON | NV | 89009 |
| | 5 | 0000001014 | PO BOX 91352 | HENDERSON | NV | 89009 |
| 25 BRUCE POLLOCK | 1 | 0000002394 | PO BOX 91394 | HENDERSON | NV | 89009 |
| | 2 | 0000002400 | PO BOX 91394 | HENDERSON | NV | 89009 |
| 26 ABU BAKARR A S KARGBO | 1 | 0000001564 | 1636 I ORNA DIVE | HENDERSON | NV | 89011 |
| 27 BESNIK CAKSHIRI | 1 | 0000000451 | 1193 HOLLOW REED CT | HENDERSON | NV | 89011 |
| | 2 | 0000000468 | 1193 HOLLOW REED CT | HENDERSON | NV | 89011 |
| | 3 | 0000000475 | 1193 HOLLOW REED CT | HENDERSON | NV | 89011 |
| 28 DENIS NANTIN MARA | 1 | 0000001847 | 6559 TUMBLEWEED RIDGE LN | HENDERSON | NV | 89011 |
| 29 JORDAN A WEXLER | 1 | 0000003049 | 1073 COLT ARMS ST | HENDERSON | NV | 89011 |
| 30 FRED MILLETT | 1 | 0000001984 | 1870 DESERT FOREST WAY | HENDERSON | NV | 89012 |
| 31 ALDO J SAN PEDRO | 1 | 0000002585 | 1452 W HORIZON RIDGE PKWY # 128 | HENDERSON | NV | 89012 |
| 32 WILLIAM JOHN MARSELLOS | 1 | 0000001854 | 770 PANHANDLE DR | HENDERSON | NV | 89014 |
| 33 BERNARDO GONZALEZ | 1 | 0000001151 | 650 WHITNEY RANCH DR APT 1312 | HENDERSON | NV | 89014 |
| 34 RONALD WILLIAM NEILAN | 1 | 0000002103 | 966 PACK SADDLE CT | HENDERSON | NV | 89014 |
| 35 ERIKA BRINDISI | 1 | 0000000352 | 543 SHEFFIELD DR | HENDERSON | NV | 89014 |
| 36 RUBEN PANGILINAN | 1 | 0000002325 | 1278 EVENING CANYON AVE | HENDERSON | NV | 89014 |
| 37 JOSE LUIS HERRERA | 1 | 0000001410 | 1206 TOLEDO ST | HENDERSON | NV | 89015 |
| 38 H.E.L.M. TRUCKING INC. | 1 | 0000001212 | 542 SOL DE SANDIA ST | HENDERSON | NV | 89015 |
| | 2 | 0000001229 | 542 SOL DE SANDIA ST | HENDERSON | NV | 89015 |
| 39 JAMES O HENNING | 1 | 0000001328 | 584 KENERLY ST | HENDERSON | NV | 89015 |
| 40 MICHAEL JAMES MENO | 1 | 0000001946 | 516 ARTHUR AVE | HENDERSON | NV | 89015 |
| 41 STEPHEN PECK | 1 | 0000002332 | 11 NEW MEXICO WAY | HENDERSON | NV | 89015 |
| 42 THOMAS CZELUSNIAK | 1 | 0000000666 | 1234 AUGUSTA HILLS ST | MESQUITE | NV | 89027 |
| 43 RS SHEPPARD LIMITED INC. | 1 | 0000002530 | 2836 LODGE POLE CT | N LAS VEGAS | NV | 89030 |
| 44 MARVIN L SINGLETON | 1 | 0000002714 | 5002 SAIL ROCK PL | NORTH LAS VEGAS | NV | 89031 |
| 45 LORRAINE NIXON | 1 | 0000002226 | 1827 LA VILLA DR | NORTH LAS VEGAS | NV | 89031 |
| 46 MARIO HERNANDEZ | 1 | 0000001359 | 5732 BARONESE ST | NORTH LAS VEGAS | NV | 89031 |
| | 2 | 0000001366 | 5732 BARONESE ST | NORTH LAS VEGAS | NV | 89031 |
| | 3 | 0000001373 | 5732 BARONESE ST | NORTH LAS VEGAS | NV | 89031 |

Initial Class List

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4 | 0000001380 | 5732 BARONESE ST | NORTH LAS VEGAS | NV | 89031 |
| | 5 | 0000001397 | 5732 BARONESE ST | NORTH LAS VEGAS | NV | 89031 |
| | 6 | 0000001403 | 5732 BARONESE ST | NORTH LAS VEGAS | NV | 89031 |
| 47 SYLVESTER MOORE | 1 | 0000002028 | 1401 BASIN BROOK DR | NORTH LAS VEGAS | NV | 89032 |
| 48 SALVADOR RUVALCABA | 1 | 0000002554 | 3832 THOMAS PATRICK AVE | N LAS VEGAS | NV | 89032 |
| 49 MICAH D RIDEOUT | 1 | 0000002455 | 2673 STRICHEN AVE | HENDERSON | NV | 89044 |
| 50 JOSE M COBOS-MUENTES | 1 | 0000000604 | 1233 SONATINA DR | HENDERSON | NV | 89052 |
| 51 ROBERT MENDOZA | 1 | 0000001908 | 874 TROUT STREAM CT | HENDERSON | NV | 89052 |
| | 2 | 0000001915 | 874 TROUT STREAM CT | HENDERSON | NV | 89052 |
| | 3 | 0000001922 | 874 TROUT STREAM CT | HENDERSON | NV | 89052 |
| | 4 | 0000001939 | 874 TROUT STREAM CT | HENDERSON | NV | 89052 |
| 52 JOELLE ANN BOLTON | 1 | 0000000314 | 5000 VALERO CT | PAHRUMP | NV | 89060 |
| 53 JOHN LUGO | 1 | 0000001762 | 2723 PASTEL AVE | HENDERSON | NV | 89074 |
| | 2 | 0000001779 | 2723 PASTEL AVE | HENDERSON | NV | 89074 |
| | 3 | 0000001786 | 2723 PASTEL AVE | HENDERSON | NV | 89074 |
| | 4 | 0000001793 | 2723 PASTEL AVE | HENDERSON | NV | 89074 |
| | 5 | 0000001809 | 2723 PASTEL AVE | HENDERSON | NV | 89074 |
| 54 LOUIS D JONES | 1 | 0000001540 | 1250 AMERICAN PACIFIC DR | HENDERSON | NV | 89074 |
| 55 AURELIO RAMOS JIMENEZ | 1 | 0000001526 | 3420 BARADA HEIGHTS AVE | NORTH LAS VEGAS | NV | 89081 |
| 56 MARECTTA L EDWARDS-FRAZIER | 1 | 0000000833 | 6420 POINT BREAK ST | NORTH LAS VEGAS | NV | 89084 |
| 57 MATTHEW IRLAND | 1 | 0000001502 | 5870 W HARMON AVE APT 133 | LAS VEGAS | NV | 89103 |
| 58 STEPHEN BROCK WALKINS | 1 | 0000002967 | 4643 ROYAL RIDGE LN | LAS VEGAS | NV | 89103 |
| 59 EDDIE BODGE | 1 | 0000000307 | 808 CACTUS BLOOM LN | LAS VEGAS | NV | 89107 |
| 60 MAXIMO ABAY | 1 | 0000000017 | 6101 FAWN CIR | LAS VEGAS | NV | 89107 |
| 61 PHILLIP A DURAN | 1 | 0000000819 | 6749 WATERVILLE CIR | LAS VEGAS | NV | 89107 |
| 62 JOSUE AVILA | 1 | 0000000093 | 3613 ROSEGLEN CT | LAS VEGAS | NV | 89108 |
| 63 JOSE ERNESTO GUDIEL | 1 | 0000001182 | 4300 BETH AVE | LAS VEGAS | NV | 89108 |
| 64 TONY VALDEZ | 1 | 0000002875 | 5080 BEVVIE DR | LAS VEGAS | NV | 89108 |
| 65 BENJAMIN FERRELL | 1 | 0000001021 | 4125 JORY TRL | LAS VEGAS | NV | 89108 |
| 66 ROBERT GIBSON | 1 | 0000001090 | 2613 LA MATA ST | LAS VEGAS | NV | 89108 |
| 67 MICHAEL KING | 1 | 0000001663 | 2313 AVERY DR | LAS VEGAS | NV | 89108 |
| 68 CHARLES EDMONDSON | 1 | 0000000826 | 6501 VEGAS DR APT 1036 | LAS VEGAS | NV | 89108 |
| 69 SERGIO ROMERO | 1 | 0000002516 | 232 N HOLLYWOOD BLVD | LAS VEGAS | NV | 89110 |
| | 2 | 0000002523 | 232 N HOLLYWOOD BLVD | LAS VEGAS | NV | 89110 |

Initial Class List

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 ERIC HENRY | 1 | 0000001335 | PO BOX 20017 1ST P/D | LAS VEGAS | NV | 89112 |
| | 2 | 0000001342 | PO BOX 20017 1ST P/D | LAS VEGAS | NV | 89112 |
| 71 JAMES TALLEY | 1 | 0000002813 | 7482 CLEGHORN CANYON WAY | LAS VEGAS | NV | 89113 |
| 72 KEVIN PERKINS | 1 | 0000002356 | 7660 W ELDORADO LN UNIT 243 | LAS VEGAS | NV | 89113 |
| 73 BAYRON GERMAN SR BUSTAMANTE | 1 | 0000000444 | 3838 CONNIE AVE | LAS VEGAS | NV | 89115 |
| 74 JOHN GYURO | 1 | 0000001205 | 3225 S TENAYA WAY | LAS VEGAS | NV | 89117 |
| 75 ARTHUR JR CORRAL | 1 | 0000000628 | 9550 W SAHARA AVE APT 3003 | LAS VEGAS | NV | 89117 |
| | 2 | 0000000635 | 9550 W SAHARA AVE APT 3003 | LAS VEGAS | NV | 89117 |
| 76 LEELAND ALLEN AKMAL | 1 | 0000000024 | 9828 PIONEER AVE | LAS VEGAS | NV | 89117 |
| 77 MICHAEL ANTHONY ODEN | 1 | 0000002233 | 8350 W DESERT INN RD APT 1017 | LAS VEGAS | NV | 89117 |
| 78 MICHAEL W JR LEGGE | 1 | 0000001724 | 5244 STEINBRENNER LN | LAS VEGAS | NV | 89118 |
| 79 RAY BRACAMONTE | 1 | 0000000338 | 6982 RAY CHARLES LN | LAS VEGAS | NV | 89119 |
| 80 JAVIER ESCALERA | 1 | 0000000888 | 1424 SANTA ANITA DR APT A | LAS VEGAS | NV | 89119 |
| 81 BILL SHORB | 1 | 0000002691 | 3950 VISBY LN | LAS VEGAS | NV | 89119 |
| 82 MARK ALLEN SHOFNER | 1 | 0000002684 | 5600 TOPAZ ST | LAS VEGAS | NV | 89120 |
| 83 JUAN NIETO | 1 | 0000002219 | 3900 E SUNSET RD APT 1004 | LAS VEGAS | NV | 89120 |
| 84 ANTOINE R KING | 1 | 0000001656 | 3554 FLORRIE AVE | LAS VEGAS | NV | 89121 |
| 85 JORDAN ANDREW PFLUEGER | 1 | 0000002363 | 5118 JEWEL CANYON DR | LAS VEGAS | NV | 89122 |
| 86 MARIO AYALA | 1 | 0000000109 | 8009 COUNTERPOINT LN | LAS VEGAS | NV | 89123 |
| | 2 | 0000000116 | 8009 COUNTERPOINT LN | LAS VEGAS | NV | 89123 |
| 87 JASON C HICKS | 1 | 0000001434 | 950 ELYSIAN DR | LAS VEGAS | NV | 89123 |
| 88 RON HOWARD ELROD | 1 | 0000000840 | 1530 MANAGUA DR | LAS VEGAS | NV | 89123 |
| 89 MATTHEW JASON MEYER | 1 | 0000001960 | 1220 MISSION DEL MAR WAY | LAS VEGAS | NV | 89123 |
| | 2 | 0000001977 | 1220 MISSION DEL MAR WAY | LAS VEGAS | NV | 89123 |
| 90 BRIAN MICHAEL HEARITY | 1 | 0000001304 | 7437 S EASTERN AVE # 493 | LAS VEGAS | NV | 89123 |
| 91 MONTY ALDRICH | 1 | 0000000048 | 7969 RODEO DR | LAS VEGAS | NV | 89123 |
| 92 MICHAEL ROBERTSON | 1 | 0000002462 | 7750 BRANDING IRON LN | LAS VEGAS | NV | 89123 |
| 93 BRAD BUERGE | 1 | 0000000420 | 9405 S EASTERN AVE BLDG 9 APARTMENT 20 | LAS VEGAS | NV | 89123 |
| 94 MARK MOORE | 1 | 0000001991 | 9570 ENSWORTH ST | LAS VEGAS | NV | 89123 |
| | 2 | 0000002004 | 9570 ENSWORTH ST | LAS VEGAS | NV | 89123 |
| | 3 | 0000002011 | 9570 ENSWORTH ST | LAS VEGAS | NV | 89123 |
| 95 NICOLAE DIACONESCU | 1 | 0000000741 | 2816 HUBER HEIGHTS DR | LAS VEGAS | NV | 89128 |
| 96 JEFF LYNN HILL | 1 | 0000001458 | 8133 SEDONA SUNSET DR | LAS VEGAS | NV | 89128 |
| 97 CHARLES ENDLER | 1 | 0000000864 | 3520 DOVER BAY ST | LAS VEGAS | NV | 89129 |

Initial Class List

| | | | | | | |
|---|---|---|---|---|---|---|
| 98 JASON ALBERT PAGE | 1 | 0000002301 | 7837 INDIAN CLOUD AVE | LAS VEGAS | NV | 89129 |
| 99 ILYA KARLIN | 1 | 0000001571 | 10532 MORNING DROP AVE | LAS VEGAS | NV | 89129 |
| | 2 | 0000001588 | 10532 MORNING DROP AVE | LAS VEGAS | NV | 89129 |
| | 3 | 0000001595 | 10532 MORNING DROP AVE | LAS VEGAS | NV | 89129 |
| 100 MICHAEL A CARONNA | 1 | 0000000512 | 3557 MOUNTAIN VALLEY DR | LAS VEGAS | NV | 89129 |
| 101 RHENEE SALVADOR SANTOS | 1 | 0000002592 | 8508 COPPER FALLS AVE | LAS VEGAS | NV | 89129 |
| 102 DAVID A ZIEMER | 1 | 0000003094 | 6204 SADLER DR | LAS VEGAS | NV | 89129 |
| 103 TERRY WARREN | 1 | 0000002998 | 6269 HILL HAVEN AVE | LAS VEGAS | NV | 89130 |
| | 2 | 0000003001 | 6269 HILL HAVEN AVE | LAS VEGAS | NV | 89130 |
| 104 NICHOLAS P LYNCH | 1 | 0000001830 | 7260 W AZURE DR STE 140 | LAS VEGAS | NV | 89130 |
| 105 PEDRO JUAREZ | 1 | 0000001557 | 5205 RED GLORY DR | LAS VEGAS | NV | 89130 |
| 106 JOSE ROMERO | 1 | 0000002479 | 6129 OCHO RIOS ST | LAS VEGAS | NV | 89130 |
| | 2 | 0000002486 | 6129 OCHO RIOS ST | LAS VEGAS | NV | 89130 |
| | 3 | 0000002493 | 6129 OCHO RIOS ST | LAS VEGAS | NV | 89130 |
| 107 NORMA A ROMERO | 1 | 0000002509 | 6129 OCHO RIOS ST # T | LAS VEGAS | NV | 89130 |
| 108 BENNINICO FRANCIA AVILA | 1 | 0000000086 | 7141 BOCAIRE DR | LAS VEGAS | NV | 89130 |
| 109 VICTORIANO CHAVEZ | 1 | 0000000598 | 5415 SPRINGER SPANIEL AVE | LAS VEGAS | NV | 89131 |
| 110 SCOTT ALAN TRICARICO | 1 | 0000002851 | 6030 DENTON RANCH RD | LAS VEGAS | NV | 89131 |
| 111 STEPHEN VON ENGEL | 1 | 0000002905 | 7672 WHISPERING MARSH DR | LAS VEGAS | NV | 89131 |
| | 2 | 0000002912 | 7672 WHISPERING MARSH DR | LAS VEGAS | NV | 89131 |
| | 3 | 0000002929 | 7672 WHISPERING MARSH DR | LAS VEGAS | NV | 89131 |
| | 4 | 0000002936 | 7672 WHISPERING MARSH DR | LAS VEGAS | NV | 89131 |
| 112 MIKE SLOAN | 1 | 0000002721 | 5021 INDIGO GORGE AVE | LAS VEGAS | NV | 89131 |
| 113 JOHN ANDERSON | 1 | 0000000062 | 7732 SPARROWGATE AVE | LAS VEGAS | NV | 89131 |
| 114 JASON MCCURRY | 1 | 0000001878 | 9437 SIERRA SUMMIT AVE | LAS VEGAS | NV | 89134 |
| 115 TERRY MCCULLEN | 1 | 0000001861 | 2409 TWIN FLOWER CIR | LAS VEGAS | NV | 89134 |
| 116 YUKSEL AKTEKIN | 1 | 0000000031 | 10300 W CHARLESTON BLVD # 13-197 | LAS VEGAS | NV | 89135 |
| 117 NOAH MULLENIX | 1 | 0000002042 | 10324 HOWLING COYOTE AVE | LAS VEGAS | NV | 89135 |
| | 2 | 0000002059 | 10324 HOWLING COYOTE AVE | LAS VEGAS | NV | 89135 |
| | 3 | 0000002066 | 10324 HOWLING COYOTE AVE | LAS VEGAS | NV | 89135 |
| 118 MARCUS OSUIGWE | 1 | 0000002257 | 2185 SILVERED BARK DR | LAS VEGAS | NV | 89135 |
| | 2 | 0000002264 | 2185 SILVERED BARK DR | LAS VEGAS | NV | 89135 |
| 119 MICHAEL DECESARE | 1 | 0000000727 | 3605 HARDWICK HALL WAY | LAS VEGAS | NV | 89135 |
| 120 THEODORE SAIA | 1 | 0000002578 | 251 BAMBOO FOREST PL | LAS VEGAS | NV | 89138 |

Initial Class List

| | | | | | | |
|---|---|---|---|---|---|---|
| 121 JOSEPH SR PACLEB | 1 | 0000002271 | 11074 AMPUS PL | LAS VEGAS | NV | 89141 |
| | 2 | 0000002288 | 11074 AMPUS PL | LAS VEGAS | NV | 89141 |
| | 3 | 0000002295 | 11074 AMPUS PL | LAS VEGAS | NV | 89141 |
| 122 TRAMPAS MARSHALL RUSH | 1 | 0000002547 | 10803 PALLISER BAY DR | LAS VEGAS | NV | 89141 |
| 123 STEVE GRATTEAU | 1 | 0000001168 | 6149 ELDERBERRY WINE AVE | LAS VEGAS | NV | 89142 |
| | 2 | 0000001175 | 6149 ELDERBERRY WINE AVE | LAS VEGAS | NV | 89142 |
| 124 JOSE MANUEL CARRERA | 1 | 0000000543 | 2728 WINDY BREEZE CT | LAS VEGAS | NV | 89142 |
| 125 RICHARD TACUYAN | 1 | 0000002806 | 329 GREENLEAF GLEN | LAS VEGAS | NV | 89143 |
| 126 RICKY BATTS | 1 | 0000000161 | 9076 WATERMELON SEED AVE | LAS VEGAS | NV | 89143 |
| 127 BRAD SMITH | 1 | 0000002738 | 708 BPROUD EAGLE LANE | LAS VEGAS | NV | 89144 |
| 128 GLEN POGGEN | 1 | 0000002387 | 6725 BRITISH ISLES AVE | LAS VEGAS | NV | 89146 |
| 129 CHARLES JOHN RASTELLO | 1 | 0000002431 | 8566 MOUNTAIN PEAK CIR | LAS VEGAS | NV | 89147 |
| 130 MOHAMED EL BACHIR BERROHO | 1 | 0000000208 | 3749 HORSESHOE MESA ST | LAS VEGAS | NV | 89147 |
| 131 MIKE STREETER | 1 | 0000002769 | 9955 SHADYCREST CT # 1 | LAS VEGAS | NV | 89148 |
| 132 JOHNNIE ALAN SEVERSON | 1 | 0000002653 | 10112 THUNDER RAPIDS CT | LAS VEGAS | NV | 89148 |
| 133 MICHAEL ANTHONY HENEGAN | 1 | 0000001311 | 8938 FLYING FROG AVE | LAS VEGAS | NV | 89148 |
| 134 MICHAEL CHAPIN | 1 | 0000000574 | 5846 PASTEL COLORS ST | LAS VEGAS | NV | 89148 |
| 135 MARLON CANAS | 1 | 0000000499 | 2447 SAGAMORE DR | LAS VEGAS | NV | 89156 |
| 136 GERARDO CARRERA | 1 | 0000000529 | 7823 SLEEPING LILY DR | LAS VEGAS | NV | 89178 |
| | 2 | 0000000536 | 7823 SLEEPING LILY DR | LAS VEGAS | NV | 89178 |
| 137 JOSE RAMON GOMEZ | 1 | 0000001137 | 1883 SILVER BREEZE AVE | LAS VEGAS | NV | 89183 |
| | 2 | 0000001144 | 1883 SILVER BREEZE AVE | LAS VEGAS | NV | 89183 |
| 138 VANCE ELROD | 1 | 0000000857 | 10245 S MARYLAND PKWY | LAS VEGAS | NV | 89183 |
| 139 TANDY DELMORE | 1 | 0000000734 | 420 HIGH ST | ELY | NV | 89301 |
| 140 JOSEPH SCOTT BRADSHAW | 1 | 0000000345 | PO BOX 150944 | ELY | NV | 89315 |
| 141 ROBERT CAMPBELL | 1 | 0000000482 | 582 WEDGE LN | FERNLEY | NV | 89408 |
| 142 RUSSEL C YORK | 1 | 0000003087 | 3235 PROBASCO WAY | SPARKS | NV | 89431 |
| 143 STEVE MICHAEL SERAFINI | 1 | 0000002646 | 3078 MEADOWLANDS DR | SPARKS | NV | 89431 |
| 144 LARRY JONES | 1 | 0000001533 | 26 E K ST | SPARKS | NV | 89431 |
| 145 RENEE J DICUS | 1 | 0000000765 | PO BOX 1581 | SPARKS | NV | 89432 |
| | 2 | 0000000772 | PO BOX 1581 | SPARKS | NV | 89432 |
| | 3 | 0000000789 | PO BOX 1581 | SPARKS | NV | 89432 |
| | 4 | 0000000796 | PO BOX 1581 | SPARKS | NV | 89432 |
| 146 KEN MIKE TAYLOR | 1 | 0000002820 | 757 SNOWDROP CT | SUN VALLEY | NV | 89433 |

Initial Class List

| | | | | | | |
|---|---|---|---|---|---|---|
| 147 MICHAEL R FEATHERSTON | 1 | 0000000949 | 743 VAN GOGH CT | SUN VALLEY | NV | 89433 |
| 148 EDWIN L II HILL | 1 | 0000001441 | 2312 WILLIAM MORBY DR | SPARKS | NV | 89434 |
| 149 DENNIS BOYER | 1 | 0000000321 | 1863 LA HACIENDA DR | SPARKS | NV | 89434 |
| 150 KEN D WALKER | 1 | 0000002943 | PO BOX 50118 | SPARKS | NV | 89435 |
| | 2 | 0000002950 | PO BOX 50118 | SPARKS | NV | 89435 |
| 151 WILLIAM WEIDMAN | 1 | 0000003018 | PO BOX 50544 | SPARKS | NV | 89435 |
| 152 JAMES NICHOLS | 1 | 0000002189 | 909 BAYHILL WAY | SPARKS | NV | 89436 |
| | 2 | 0000002196 | 909 BAYHILL WAY | SPARKS | NV | 89436 |
| 153 BRYAN BROWN | 1 | 0000000413 | 5656 CATHEDRAL PEAK DR | SPARKS | NV | 89436 |
| 154 TIM BABCOCK | 1 | 0000000123 | 5790 SONORA PASS DR | SPARKS | NV | 89436 |
| | 2 | 0000000130 | 5790 SONORA PASS DR | SPARKS | NV | 89436 |
| | 3 | 0000000147 | 5790 SONORA PASS DR | SPARKS | NV | 89436 |
| | 4 | 0000000154 | 5790 SONORA PASS DR | SPARKS | NV | 89436 |
| 155 THOMAS WAYNE SNEARLY | 1 | 0000002752 | 1179 GLEN ABBEY CT | SPARKS | NV | 89436 |
| 156 TROY E HILLIN | 1 | 0000001465 | 2210 DESERT VILLAGE CT | SPARKS | NV | 89436 |
| 157 DALLAS KESTER | 1 | 0000001632 | 5433 DESERTSTONE DR | SPARKS | NV | 89436 |
| | 2 | 0000001649 | 5433 DESERTSTONE DR | SPARKS | NV | 89436 |
| 158 JASON L GUTIERREZ | 1 | 0000001199 | 6987 SACRED CIR | SPARKS | NV | 89436 |
| 159 JOHN BIERSDORFF | 1 | 0000000215 | 6191 BLACK GYPSUM CT | SPARKS | NV | 89436 |
| 160 SHAD RAY CASTLE | 1 | 0000000567 | 3793 EARLY DAWN DR | SPARKS | NV | 89436 |
| 161 JASON ROBERT SIBLEY | 1 | 0000002707 | 7873 MORRO AVE | SPARKS | NV | 89436 |
| 162 SHAUN GREGORY CASON | 1 | 0000000550 | 6962 CINNAMON DR | SPARKS | NV | 89436 |
| 163 BRIAN EVANS | 1 | 0000000895 | 6570 CHULA VISTA DR | SPARKS | NV | 89436 |
| 164 TRAVIS JAMES QUICK | 1 | 0000002424 | 1450 GOLDDUST DR | SPARKS | NV | 89436 |
| 165 JEREMIAH ERCHUL | 1 | 0000000871 | 6726 ALTESINO DR | SPARKS | NV | 89436 |
| 166 STEFAN EDWARDS ALGER | 1 | 0000000055 | PO BOX 211 | VERDI | NV | 89439 |
| 167 WESLEY III NAIL | 1 | 0000002080 | PO BOX 712 | VIRGINIA CITY | NV | 89440 |
| | 2 | 0000002097 | PO BOX 712 | VIRGINIA CITY | NV | 89440 |
| 168 DONALD KEITH II LAWSON | 1 | 0000001694 | 9290 CORDOBA BLVD | SPARKS | NV | 89441 |
| 169 CHRISTOPHER L KUNIN | 1 | 0000001687 | 939 RED FALCON WAY | SPARKS | NV | 89441 |
| 170 MIKEL WILLIAMS | 1 | 0000003056 | 987 YELLOWHAMMER CT | SPARKS | NV | 89441 |
| | 2 | 0000003063 | 987 YELLOWHAMMER CT | SPARKS | NV | 89441 |
| | 3 | 0000003070 | 987 YELLOWHAMMER CT | SPARKS | NV | 89441 |
| 171 ROBERT C SHANROCK | 1 | 0000002660 | 1062 NUMAGA LN | SPARKS | NV | 89441 |

Initial Class List

| | | | | | | |
|---|---|---|---|---|---|---|
| 172 KEN NELSON | 1 | 0000002110 | 1005 MERCEDES DR | SPARKS | NV | 89441 |
| | 2 | 0000002127 | 1005 MERCEDES DR | SPARKS | NV | 89441 |
| | 3 | 0000002134 | 1005 MERCEDES DR | SPARKS | NV | 89441 |
| 173 AMY P PORTER | 1 | 0000002417 | 975 YELLOWHAMMER DR | SPARKS | NV | 89441 |
| 174 TROY BLAKE | 1 | 0000000222 | 280 SPANISH SAND | SPARKS | NV | 89441 |
| | 2 | 0000000239 | 280 SPANISH SAND | SPARKS | NV | 89441 |
| | 3 | 0000000246 | 280 SPANISH SAND | SPARKS | NV | 89441 |
| | 4 | 0000000253 | 280 SPANISH SAND | SPARKS | NV | 89441 |
| | 5 | 0000000260 | 280 SPANISH SAND | SPARKS | NV | 89441 |
| | 6 | 0000000277 | 280 SPANISH SAND | SPARKS | NV | 89441 |
| | 7 | 0000000284 | 280 SPANISH SAND | SPARKS | NV | 89441 |
| | 8 | 0000000291 | 280 SPANISH SAND | SPARKS | NV | 89441 |
| 175 AUDREY L BERG | 1 | 0000000185 | 920 N HIGHLAND DR APT 24 | WINNEMUCCA | NV | 89445 |
| | 2 | 0000000192 | 920 N HIGHLAND DR APT 24 | WINNEMUCCA | NV | 89445 |
| 176 JUSTIN LEE | 1 | 0000001717 | 25 JULIE CT | WINNEMUCCA | NV | 89445 |
| 177 AUDREY JACKSON | 1 | 0000001519 | 5047 SNOWY MOUNTAIN DR | WINNEMUCCA | NV | 89445 |
| 178 DAVIS NIELSEN | 1 | 0000002202 | 380 LINDEN ST | RENO | NV | 89502 |
| 179 AARON DION MORENO | 1 | 0000002035 | 1465 E PECKHAM LN APT 14 | RENO | NV | 89502 |
| 180 THOMAS EVERETT LYLE | 1 | 0000001816 | 2160 STANTON LN | RENO | NV | 89502 |
| | 2 | 0000001823 | 2160 STANTON LN | RENO | NV | 89502 |
| 181 JOSHUA G MCGOWAN | 1 | 0000001885 | 4066 SYCAMORE WAY | RENO | NV | 89502 |
| 182 CLAYTON SMITH | 1 | 0000002745 | 5976 HIDDEN HIGHLANDS DR | RENO | NV | 89502 |
| 183 ARCHIE CANDELARIA | 1 | 0000000505 | 3645 BRYAN ST | RENO | NV | 89503 |
| 184 ADRIEN L WARJABEDIAN | 1 | 0000002974 | PO BOX 2581 | RENO | NV | 89505 |
| | 2 | 0000002981 | PO BOX 2581 | RENO | NV | 89505 |
| 185 JEFFREY ALLEN BURROUGHS | 1 | 0000000437 | 1800 MAMMA BEAR CT | RENO | NV | 89506 |
| 186 MARTIN C TAAFFE | 1 | 0000002790 | 7730 KEY LARGO DR | RENO | NV | 89506 |
| 187 THOMAS TIMOTHY PALFREY | 1 | 0000002318 | 11845 SITKA ST | RENO | NV | 89506 |
| 188 MARK RYAN | 1 | 0000002561 | 17095 GARNET DR | RENO | NV | 89508 |
| 189 TREVOR WELLS | 1 | 0000003025 | 17505 NORTHRIDGE AVE | RENO | NV | 89508 |
| 190 CARY A LOGSDON | 1 | 0000001755 | 632 MARSH AVE | RENO | NV | 89509 |
| 191 DENNIS EVANS | 1 | 0000000901 | 1715 WATT ST | RENO | NV | 89509 |
| 192 CARYN NEVINS | 1 | 0000002141 | PO BOX 12847 | RENO | NV | 89510 |
| 193 RAUL TIBEA-HOARA | 1 | 0000002837 | 1080 E HUFFAKER LN | RENO | NV | 89511 |

Initial Class List

| | | | | | | |
|---|---|---|---|---|---|---|
| 194 DAVID L TOLOTTI | 1 | 0000002844 | PO BOX 17081 | RENO | NV | 89511 |
| 195 ERIC BROOKE | 1 | 0000000369 | 5620 BROOKMEADOW LN | RENO | NV | 89511 |
| | 2 | 0000000376 | 5620 BROOKMEADOW LN | RENO | NV | 89511 |
| | 3 | 0000000383 | 5620 BROOKMEADOW LN | RENO | NV | 89511 |
| | 4 | 0000000390 | 5620 BROOKMEADOW LN | RENO | NV | 89511 |
| | 5 | 0000000406 | 5620 BROOKMEADOW LN | RENO | NV | 89511 |
| 196 JEFF PIETERS | 1 | 0000002370 | 105 MANKATO DR | RENO | NV | 89511 |
| 197 TIM MULLINS | 1 | 0000002073 | 2271 RIDGEVIEW DR | RENO | NV | 89519 |
| 198 BRUCE PENDRAGON | 1 | 0000002349 | 59 DAMONTE RANCH PKWY # B-309 | RENO | NV | 89521 |
| 199 WILLIAM F FISHER | 1 | 0000001052 | 9350 DOUBLE R BLVD APT 2114 | RENO | NV | 89521 |
| | 2 | 0000001069 | 9350 DOUBLE R BLVD APT 2114 | RENO | NV | 89521 |
| 200 BRIAN COSSETTE | 1 | 0000000642 | 10071 KENTFIELD PL | RENO | NV | 89521 |
| | 2 | 0000000659 | 10071 KENTFIELD PL | RENO | NV | 89521 |
| 201 STEWART HANDTE | 1 | 0000001243 | 5531 SIMONS DRIVE | RENO | NV | 89523 |
| 202 JAMES FAHLGREN | 1 | 0000000918 | 2750 SNOW PARTRIDGE DR | RENO | NV | 89523 |
| | 2 | 0000000925 | 2750 SNOW PARTRIDGE DR | RENO | NV | 89523 |
| | 3 | 0000000932 | 2750 SNOW PARTRIDGE DR | RENO | NV | 89523 |
| 203 KEITH COMPHEL | 1 | 0000000611 | 1580 MESCALERO AVE | RENO | NV | 89523 |
| 204 DEBORAH RIBEIRO | 1 | 0000002448 | 2577 BLOSSOM VIEW LN | CARSON CITY | NV | 89701 |
| 205 JIMMY DANE | 1 | 0000000710 | 1241 JACOBS WAY | CARSON CITY | NV | 89701 |
| 206 RORY A KING | 1 | 0000001670 | 852 BUZZYS RANCH RD | CARSON CITY | NV | 89701 |
| 207 RICH DIAZ | 1 | 0000000758 | PO BOX 1533 | CARSON CITY | NV | 89702 |
| 208 MATTHEW FISCHER | 1 | 0000001038 | 2331 TABLE ROCK DR | CARSON CITY | NV | 89706 |
| | 2 | 0000001045 | 2331 TABLE ROCK DR | CARSON CITY | NV | 89706 |
| 209 BRUCE VAN KIRK | 1 | 0000002882 | 3528 RIDGECREST DR | ELKO | NV | 89801 |
| | 2 | 0000002899 | 3528 RIDGECREST DR | ELKO | NV | 89801 |
| 210 CHRISTOPHER JR SUTTON | 1 | 0000002776 | 1423 CONNOLLY DR | ELKO | NV | 89801 |
| | 2 | 0000002783 | 1423 CONNOLLY DR | ELKO | NV | 89801 |
| 211 KENT HUNTER | 1 | 0000001489 | 496 CHARLWOOD LN | SPRING CREEK | NV | 89815 |
| | 2 | 0000001496 | 496 CHARLWOOD LN | SPRING CREEK | NV | 89815 |
| 212 TAMMY GAIL HAGAN | 1 | 0000001236 | 219 CLIFF LN | SPRING CREEK | NV | 89815 |
| 213 MICHAEL DARRELL KEEMA | 1 | 0000001625 | 111 AGATE DR | SPRING CREEK | NV | 89815 |
| 214 RONALD LOUIS CZEREPAK | 1 | 0000000697 | 167 PLEASANT VALLEY RD UNIT 13 | SPRING CREEK | NV | 89815 |
| | 2 | 0000000703 | 167 PLEASANT VALLEY RD UNIT 13 | SPRING CREEK | NV | 89815 |

Initial Class List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 215 | HEATHER TRUJILLO | 1 | 0000002868 | 503 CAMP ST BOX 782 | CARLIN | NV | 89822 |
| 216 | RALPH T FRANCO | 1 | 0000001076 | PO BOX 4032 | WENDOVER | NV | 89883 |
| 217 | MIKE HERRERA | 1 | 0000001427 | 27520 SIERRA HWY APT N102 | CANYON COUNTRY | CA | 91351 |
| 218 | WAIS OMARI | 1 | 0000002240 | 4312 COWELL RD | CONCORD | CA | 94518 |