AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Michael Decesare, et al.,

Plaintiffs,

V.

Fed-Ex Ground Package System, Inc.,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:07-cv-00098-LDG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment for Attorneys' Fees and Expenses is awarded in favor of Plaintiffs' Class Counsel and against Defendant in the amount of $1,107,502.10. IT IS FURTHER ORDERED that the Incentive Awards is awarded to Plaintiffs Michael DeCasare and Michael Meno in the amount of $5,000.00.

May 5, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk